IT IS SO ORDERED.
s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW MASIELLO, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 17-CV-2239 <br> ) <br> ) Judge Christopher A. Boyko |
| Plaintiff, | ) |
| v. | ) |
| JAMES SWARTWOUT, et al., | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Matthew Masiello and defendants James Swartwout, Joseph Hartnett, David Molfenter, James Fast, Charles Kummeth, Frank Wilson, Alan L. Bazaar, and John A. Janitz, being all the parties in this action, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this entire action, including the Complaint of Plaintiff Matthew Masiello (dkt #1), is dismissed without prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 16, 2018

For Plaintiff:

*/s/ Daniel R. Karon*
Daniel R. Karon (0068394)
Beau D. Hollowell (0080704)
Karon LLC
700 West St. Clair Avenue, Ste 200
Cleveland, Ohio 44113
Phone: 216.622.1851
Fax: 216.241.8175
Email: dkaron@karonllc.com
    bhollowell@karonllc.com
*Attorney for Plaintiff*
*Matthew Masiello*

For Defendants:

*/s/ Brian J. Lamb*
Brian J. Lamb (0055447)
Thomas M. Ritzert (0085370)
THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
(216) 566-5500 (Phone)
(216) 566-5800 (Fax)
Brian.Lamb@ThompsonHine.com
Thomas.Ritzert@ThompsonHine.com

and